MEMO ENDORSED

# O'MELVENY & MYERS LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/25/11

| BEIJING | Times Square Tower | SAN FRANCISCO |
| --- | --- | --- |
| BRUSSELS | 7 Times Square | SHANGHAI |
| CENTURY CITY | New York, New York 10036 | SILICON VALLEY |
| HONG KONG | TELEPHONE (212) 326-2000 | SINGAPORE |
| LONDON | FACSIMILE (212) 326-2061 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |
| NEWPORT BEACH | | |

OUR FILE NUMBER
020,036-012
1836766

February 24, 2011

WRITER'S DIRECT DIAL
(212) 326-2189

**BY HAND DELIVERY**



RECEIVED
FEB 25 2011
CHAMBERS OF
DEBORAH A. BATTS

WRITER'S E-MAIL ADDRESS
pkoepff@omm.com

The Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

Re: *Lexington Ins. Co. v. Tokio Marine & Nichido Fire Ins. Co. Ltd., No. 11 Civ. 0391 (DAB)*

Dear Judge Batts:

On behalf of Plaintiff Lexington Insurance Company ("Lexington"), we submit this letter asking for an extension of time to serve opposition papers.

Defendant Tokio Marine & Nichido Fire Ins. Co. Ltd. ("Tokio Marine") has filed a motion to dismiss the Fourth Cause of Action, which motion must be opposed by Monday, February 28. We request a ten (10) day extension of the date for opposition, because our client is out of the country this week and I will be out of the country next week. This is our first such request for extension, and counsel for Tokio Marine has consented to this request.

Granted.
DAB/
02/25/11

MEMO ENDORSED

Respectfully submitted,

Paul R. Koepff /SH

Paul R. Koepff
of O'Melveny & Myers LLP

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES

Feb 25, 2011

cc (via e-mail): All Counsel of Record