| | |
|---|---|
| David M. Spector, Esq. | Brian J. Neff, Esq. |
| Antony S. Burt, Esq. | SCHIFF HARDIN LLP |
| Amy M. Rubenstein, Esq. | 900 Third Avenue |
| SCHIFF HARDIN LLP | 23rd Floor |
| 233 South Wacker Drive | New York, New York 10022 |
| Chicago, Illinois 60606 | Tel: (212) 753-5000 |
| Tel: (312) 258-5500 | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEXINGTON INSURANCE COMPANY,

         *Plaintiff,*

v.

TOKIO MARINE & NICHIDO FIRE
INSURANCE COMPANY LIMITED,
as successor to NICHIDO FIRE & MARINE
INSURANCE COMPANY LIMITED

         *Defendant.*
-------------------------------------------------------X

11 cv 0391 (DAB)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian J. Neff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicants' Names: | Antony S. Burt |
| | Amy M. Rubenstein |
| Firm Name: | Schiff Hardin LLP |
| Address: | 233 S. Wacker Drive, Suite 6600 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Phone Number: | (312) 258-5500 |
| Fax Number: | (312) 258-5600 |

Mr. Burt is a member in good standing of the Bars of the States of New York and Illinois. Ms. Rubenstein is a member in good standing of the Bars of the States of New York and Illinois.

There are no pending disciplinary proceedings against Mr. Burt or Ms. Rubenstein in any State or Federal court.

Dated: 2/24/2011
City, State: New York, N.Y.

Respectfully submitted,

_____
Sponsor:            Brian J. Neff
SDNY Bar:           BN9568
Firm Name:          Schiff Hardin LLP
Address:            900 Third Avenue
City/State/Zip:     New York, N.Y.  10022
Phone Number:       (212) 745-0858
Fax Number:         (212) 753-5044

NY\50942111.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEXINGTON INSURANCE COMPANY,                        :
                                                    :
                          *Plaintiff*,              :
                                                    :
         v.                                         :
                                                    :   11 cv 0391 (DAB)
TOKIO MARINE & NICHIDO FIRE                         :
INSURANCE COMPANY LIMITED,                          :
as successor to NICHIDO FIRE & MARINE               :   **ORDER FOR ADMISSION**
INSURANCE COMPANY LIMITED                           :   **PRO HAC VICE**
                                                    :   **ON WRITTEN MOTION**
                          *Defendant*.              :
-------------------------------------------------------------X

Upon the motion of Brian J. Neff, attorney for Defendant Tokio Marine & Nichido Fire Insurance Company Limited, as successor to Nichido Fire & Marine Insurance Company Limited ("Nichido"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants' Names: | Antony S. Burt |
| | Amy M. Rubenstein |
| Firm Name: | Schiff Hardin LLP |
| Address: | 233 S. Wacker Drive, Suite 6600 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Telephone/Fax: | (312) 258-5500/(312) 258-5600 |
| Email Address: | aburt@schiffhardin.com; arubenstein@schiffhardin.com |

are admitted to practice pro hac vice as counsel for Defendant Nichido in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

David M. Spector, Esq.  
Antony S. Burt, Esq.  
Amy M. Rubenstein, Esq.  
SCHIFF HARDIN LLP  
233 South Wacker Drive  
Chicago, Illinois 60606  
Tel:  (312) 258-5500  

Brian J. Neff, Esq.  
SCHIFF HARDIN LLP  
900 Third Avenue  
23rd Floor  
New York, New York 10022  
Tel: (212) 753-5000  

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
------------------------------------------------------------X  
LEXINGTON INSURANCE COMPANY,  

                *Plaintiff*,  

     v.  

TOKIO MARINE & NICHIDO FIRE  
INSURANCE COMPANY LIMITED,  
as successor to NICHIDO FIRE & MARINE  
INSURANCE COMPANY LIMITED  

                *Defendant.*  
------------------------------------------------------------X  

11 cv 0391 (DAB)  

**AFFIDAVIT OF BRIAN J. NEFF IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York   )  
                       ) ss:  
County of New York )  

Brian J. Neff, being duly sworn, hereby deposes and says as follows:

1. I am counsel to the law firm of Schiff Hardin LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Antony S. Burt and Amy M. Rubenstein as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Burt and Ms. Rubenstein since 2005.

4. Mr. Burt and Ms. Rubenstein are partners at Schiff Hardin LLP in Chicago, Illinois.

5. I have found Mr. Burt and Ms. Rubenstein to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Antony S. Burt and Amy M. Rubenstein, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Antony S. Burt and Amy M. Rubenstein, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Antony S. Burt and Amy M. Rubenstein, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: February 23, 2011
City, State: New York, N.Y.
Notarized:

ERICA LAUREN TUCKER
Notary Public, State of New York
No. 01TU6169142
Qualified in New York County
Term Expires June 18, 2011

Respectfully submitted,

Name of Movant: Brian J. Neff
SDNY Bar Code: BN 9568

NY\50942115.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion To Admit Counsel Pro Hac Vice in the case of Lexington Insurance Company v. Tokio Marine & Nichido Fire Insurance Company Limited, as successor to Nichido Fire & Marine Insurance Company Limited was served via first class mail on February 24, 2011 upon the following:

**Sarah B. Hargrove**
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY  10036

_____
Erica Tucker



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Antony Stephen Burt

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **24th day of February, 2004**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **10th day of February, 2011**.



Robert D. Mayberger
Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Antony Stephen Burt

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, February 10, 2011.

*Carolyn Taft Grosboll*

Clerk



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Amy Michelle Rubenstein

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **18th day of February, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **18th day of February, 2011**.

*Robert D. Mayberger*
Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Amy M. Rubenstein

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, February 16, 2011.

*Carolyn Taft Grosboll*
Clerk