UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>-against-<br><br>TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY LIMITED, as successor to NICHIDO FIRE & MARINE INSURANCE COMPANY LIMITED,<br><br>                    Defendant. | Civil Action No. 11-0391 (DAB)<br><br>**CERTIFICATE OF SERVICE** |

      The undersigned counsel for plaintiff Lexington Insurance Company hereby certifies that on March 10, 2011, Lexington's Memorandum of Law in Opposition to Tokio Marine's Motion to Dismiss the Fourth Cause of Action was filed with the Clerk of the Court, and also served on Defendant, by operation of the Court's electronic filing system and served on Defendant, via electronic mail, at the following email addresses: bneff@schiffhardin.com, dspector@schiffhardin.com, aburt@schiffhardin.com, and arubenstein@schiffhardin.com.

[remainder of page intentionally blank]

NY1:1839986.1

Dated: March 10, 2011

                          Respectfully submitted,

                          ___/s/ Paul R. Koepff_____

                          Paul R. Koepff
                          Sarah B. Hargrove
                        O'MELVENY & MYERS LLP

                        Times Square Tower
                        7 Times Square
                        New York, New York 10036
                        Tel: (212) 326-2000
                        Fax: (212) 326-2061
                        Email: pkoepff@omm.com

                        *Attorneys for Plaintiff Lexington*
                           *Insurance Company*

NY1:1839986.1