```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/07/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEXINGTON INSURANCE COMPANY,

                *Plaintiff,*

      v.

TOKIO MARINE & NICHIDO FIRE
INSURANCE COMPANY LIMITED,
as successor to NICHIDO FIRE & MARINE
INSURANCE COMPANY LIMITED

                *Defendant.*
-------------------------------------------------------X

11 cv 0391 (DAB)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Brian J. Neff, attorney for Defendant Tokio Marine & Nichido Fire Insurance Company Limited, as successor to Nichido Fire & Marine Insurance Company Limited ("Nichido"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicants' Names: | Antony S. Burt |
| | Amy M. Rubenstein |
| Firm Name: | Schiff Hardin LLP |
| Address: | 233 S. Wacker Drive, Suite 6600 |
| City/State/Zip: | Chicago, Illinois 60606 |
| Telephone/Fax: | (312) 258-5500/(312) 258-5600 |
| Email Address: | aburt@schiffhardin.com; arubenstein@schiffhardin.com |

are admitted to practice pro hac vice as counsel for Defendant Nichido in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 10, 2011
City, State:

_____
Deborah A. Batts
United States District/~~Magistrate~~ Judge