USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/07/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LEXINGTON INSURANCE COMPANY,

                       Plaintiff,

-against-

TOKIO MARINE & NICHIDO FIRE
INSURANCE COMPANY LIMITED, as
successor to NICHIDO FIRE & MARINE
INSURANCE COMPANY LIMITED,

                       Defendant.

-----------------------------------------------------------x

Case No.:  11-cv-0391 (DAB)

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm of O'Melveny & Myers LLP withdraws as counsel for Plaintiff Lexington Insurance Company and the law firm of Simpson Thacher & Bartlett LLP is substituted as attorney of record for Plaintiff Lexington Insurance Company in the above-captioned proceeding.

Dated: New York, New York
         April 5, 2011

SIMPSON THACHER & BARTLETT LLP

By: *[signature]*
Andrew S. Amer
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: aamer@stblaw.com

*Successor Attorney for Lexington Insurance Company*


O'MELVENY & MYERS LLP

By: *[signature]*
Sarah B. Hargrove
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: shargrove@omm.com

*Withdrawing Attorney for Lexington Insurance Company*


**SO ORDERED.**

Dated: New York, New York

April 7, 2011

*[signature]*
The Honorable Deborah A. Batts
U.S.D.J.