```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LEXINGTON INS. CO.,

                        Plaintiff,

        -against-                          11 Civ. 391 (DAB)
                                               ORDER
TOKYO MARINE & NICHIDO FIRE INS.
CO. LTD.,

                        Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff's letters dated March 7 and March 15, 2011, as well as Defendant's letter dated March 14, 2011. The Court hereby grants Plaintiff's request to file a motion for judgment on the pleadings with respect to the First Cause of Action pursuant to Fed. R. Civ. P. 12.

Plaintiff shall file and serve its moving papers within 30 days of the date of this Order. Defendant shall respond within 30 days of being served with Plaintiff's moving papers; and Plaintiff may reply within 15 days of being served with Defendant's response, at which time the motion will be fully-submitted. There shall be no extensions.

SO ORDERED.

DATED:   New York, New York
         March 7, 2011

                                    *Deborah A. Batts*
                                    _____
                                    Deborah A. Batts
                                    United States District Judge